1024

[No. 55575-8-I.   Division One.   November 14, 2005.]

*In the Matter of the Marriage of* RAYMOND R. LAPLANTE, *Appellant*, and CATHY E. LAPLANTE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-3-04309-3, Glenna Hall, J., entered December 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 56024-7-I.   Division One.   November 14, 2005.]

EDUARDO PEREIRA, *Appellant*, v. COCOA INVESTMENTS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-28188-3, Mary Roberts, J., entered January 27, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 31478-9-II.   Division Two.   November 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNELL MCKINNON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01422-4, Thomas P. Larkin, J., entered March 3, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, J., and Morgan, J. Pro Tem.